**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOYCE CHRISTIE <br>         Plaintiff, <br><br> v. <br><br> HARTFORD LIFE GROUP INSURANCE <br> COMPANY as successor to CNA GROUP <br> LIFE ASSURANCE COMPANY <br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-11830 NMG |

## CORPORATE DISCLOSURE STATEMENT

Defendant Hartford Life Group Insurance Company f/k/a CNA Group Life Assurance Company ("Hartford"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes the following disclosures:  (1) Hartford Life Group Insurance Company is a subsidiary of Hartford Life and Accident Insurance Company, which is an indirect subsidiary of Hartford Financial Services Group, Inc.; and (2) Hartford Financial Services Group (indirectly as indicated above) is a publicly traded company that owns 10% or more of Hartford's stock.

Respectfully Submitted,

Hartford Life Group Insurance Company

David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel:  (413) 787-2400
Facsimile:  (413) 781-8235
Emails:  dcrevier@crevierandryan.com
         kparsons@crevierandryan.com

## CERTIFICATE OF SERVICEE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 22nd day of September 2005.

Katherine B. Bar