UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOYCE CHRISTIE )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE GROUP INSURANCE )<br>COMPANY as successor to CNA GROUP )<br>LIFE ASSURANCE COMPANY )<br>          Defendant. ) | Civil Action No. 05-11830 NMG |

## HARTFORD LIFE GROUP INSURANCE COMPANY'S CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), the Defendant, Hartford Life Group Insurance Company, files this Certification Regarding Costs and Alternate Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses-- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

HARTFORD LIFE GROUP INSURANCE COMPANY,

_____
By:   Sandra K. Davis
Its:   Counsel

COUNSEL TO HARTFORD LIFE GROUP INSURANCE COMPANY,

_____
David B. Crevier
Katherine R. Parsons

1

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing via first class mail, postage prepaid on all counsel of record on this 13th day of December 2005.