UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                           )
JOYCE CHRISTIE                               )
                Plaintiff,         )
                                                           )
v.                                                       )          Civil Action No. 05-11830 NMG
                                                           )
HARTFORD LIFE GROUP INSURANCE  )
COMPANY f/k/a CNA GROUP           )
LIFE ASSURANCE COMPANY         )
                Defendant.        )
_____)

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Now come Plaintiff, Joyce Christie ("Plaintiff"), and Defendant, Hartford Life Group Insurance Company ("Defendant"), ("hereinafter collectively referred to as "the Parties") and hereby respectfully request that the Court grant an eight-day extension of the non-expert deposition discovery date.

In support of their Joint Motion to Modify the Scheduling Order, the Parties state that: (1) the current deadline for all non-expert depositions is August 30, 2006; (2) Plaintiff's deposition is currently scheduled for August 23, 2006; (3) Plaintiff's counsel has requested that Plaintiff's deposition be postponed due to a scheduling conflict; and (4) the Parties have agreed to postpone Plaintiff's deposition to August 31, 2006. As such, the Parties respectfully request that the deadline for non-expert depositions be extended up to and including September 8, 2006.

2

Respectfully Submitted,

| | |
|---|---|
| Plaintiff Joyce Christie | Defendant Hartford Life Group Insurance Company, |
| By her attorney, | By its attorney, |
| /s/Jonathan M. Feigenbaum | /s/Katherine R. Parsons |
| Jonathan M. Feigenbaum, BBO # 546686 | David B. Crevier, BBO # 557242 |
| Stephanie M. Swinford, BBO # 654135 | Katherine R. Parsons, BBO # 657280 |
| Phillips & Angley | Crevier & Ryan, LLP |
| One Bowdoin Square | 1500 Main Street, Suite 2020 |
| Boston, Massachusetts 02114 | Springfield, MA 01115 |
| (617) 367-8787 | (413) 787-2400 |
| (617) 227-8992 (fax) | (413) 781-8235 (fax) |
| Email: JonF@phillips-angley.com | Emails: dcrevier@crevierandryan.com |
| | kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 17th day of August, 2006.

/s/Katherine R. Parsons