UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11830-NMG

| | |
|---|---|
| JOYCE CHRISTIE. | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| HARTFORD LIFE GROUP INSURANCE COMPANY | ) ) |
| | ) |
|     Defendant | ) |

**PLAINTIFF, JOYCE CHRISTIE'S OPPOSITION TO
DEFENDANTS MOTION FOR A RULE 35 OF F.R.C.P.,
EXAMINATION OF THE PLAINTIFF, JOYCE CHRISTIE**

**REQUEST FOR ORAL ARGUMENT**

Now comes the Plaintiff, Joyce Christie and opposes the Defendant, Hartford Life Group Insurance Company's motion pursuant to Rule 35 of F.R.C.P., seeking an order from this court requiring the plaintiff, Joyce Christie to be examined by Dr. Walter Pannis of Boston, Massachusetts on September 16, 2006 at 10:00 a.m.   In support of this opposition, plaintiff has filed her memorandum of law herewith.

    Plaintiff requests oral argument.

WHEREFORE, plaintiff respectfully requests that this court deny the defendant's motion in its entirety; OR

if the Court requires the plaintiff to be examined, that:

1. the plaintiff be permitted to be accompanied to the examination by a person of her choice and to film the entire examination; AND

2. that the defendant hold the plaintiff harmless and indemnify her for all injuries, losses and claims that she might suffer as a result of being examined by Dr. Walter Pannis, M.D.

        RESPECTFULLY SUBMITTED,
        JOYCE CHRISTIE,
        By her attorney

_____
Jonathan M. Feigenbaum, Esq.
B.B.O. #546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on September 4, 2006.

    */s/ Jonathan M. Feigenbaum*

L:\LITG\Jchr001\Exam Motion\final\RULE35.OPPOSE.wpd