UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joyce Christie,
    Plaintiff

v.                                                          Civil Action No. 05-11830-NMG

Hartford Life Group Ins. Co.,
    Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by ADR report on 10/5/06 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                        By the Court,

                                        /S/ Craig J. Nicewicz

10/6/06                                   _____
  Date                                      Craig J. Nicewicz
                                           Courtroom Clerk