UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOYCE CHRISTIE )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE GROUP INSURANCE )<br>COMPANY f/k/a CNA GROUP )<br>LIFE ASSURANCE COMPANY )<br>        Defendant. )<br>) | Civil Action No. 05-11830 NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

Respectfully Submitted,

| Plaintiff Joyce Christie | Defendant Hartford Life Group Insurance Company, |
|---|---|
| By her attorney, | By its attorney, |
| /s/Jonathan M. Feigenbaum<br>Jonathan M. Feigenbaum, BBO # 546686<br>Stephanie M. Swinford, BBO # 654135<br>Phillips & Angley<br>One Bowdoin Square<br>Boston, Massachusetts 02114<br>(617) 367-8787<br>(617) 227-8992 (fax)<br>Email: JonF@phillips-angley.com | /s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115<br>(413) 787-2400<br>(413) 781-8235 (fax)<br>Emails:  dcrevier@crevierandryan.com<br>             kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 7th day of November 2006.

/s/Katherine R. Parsons